UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORM HOWARD,

Plaintiff,

v.

CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY,

Defendant.

No. 2:26-cv-02956 DAD CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. No. 6.)

Plaintiff initiated this civil action by filing a complaint on September 2, 2026, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On October 1, 2026, the assigned magistrate judge screened plaintiff's complaint and issued an order requiring plaintiff to show cause in writing why this action should not be dismissed for lack of federal jurisdiction. (Doc. No. 3.) Plaintiff did submit a notice and a response to that order (Doc. Nos. 4,5), but the magistrate judge correctly found the plaintiff's submissions failed to point to any basis for federal jurisdiction over the claim(s) asserted in his complaint and, accordingly, issued the pending findings and recommendations recommending dismissal of this action for lack of federal jurisdiction. (Doc. No. 6.)

/////

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) On October 20, 2026, plaintiff filed his objections which restate his response to the magistrate judge's order to show cause. The undersigned finds that those objections point to no basis for federal jurisdiction over and claim(s) asserted in plaintiff's complaint and provide no grounds upon which to the reject the pending findings and recommendations. The court also concludes that in light of the nature of the pleading deficiency amendment would be futile.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis

Accordingly:

1. The October 16, 2026 findings and recommendations (Doc. No. 6) are adopted in full;
2. This action is dismissed without leave to amend for lack of jurisdiction; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 12, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE